

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00428-CR

Jonathan **FRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B1759
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.2(a).

SIGNED October 21, 2020.

_____
Irene Rios, Justice